# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: ESPERANSA M. WALLIS  
1425 IRIS AVENUE  
ROCKFORD, IL  61102  

SSN-xxx-xx-4555

Case Number: 07-70163

Case filed on: 1/25/2007  
Plan Confirmed on: 9/14/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $1,187.50           Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 3,000.00 | 3,000.00 | 1,023.38 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 1,023.38 | 0.00 |
| 999 | ESPERANSA M. WALLIS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | EVERHOME MORTGAGE | 9,360.15 | 9,360.15 | 88.10 | 0.00 |
|  | Total Secured | 9,360.15 | 9,360.15 | 88.10 | 0.00 |
| 002 | COMMONWEALTH EDISON COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | NICOR GAS | 659.45 | 659.45 | 0.00 | 0.00 |
| 004 | ROCK RIVER WATER RECLAMATION | 229.39 | 229.39 | 0.00 | 0.00 |
| 005 | ROCKFORD MERCANTILE AGENCY INC | 4,972.80 | 4,972.80 | 0.00 | 0.00 |
| 006 | SPRINT | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | US BANK/RETAIL PAYMENT SOLUTIONS | 557.70 | 557.70 | 0.00 | 0.00 |
| 008 | ASSET ACCEPTANCE CORP | 200.91 | 200.91 | 0.00 | 0.00 |
| 009 | US BANK/RETAIL PAYMENT SOLUTIONS | 51.51 | 51.51 | 0.00 | 0.00 |
|  | Total Unsecured | 6,671.76 | 6,671.76 | 0.00 | 0.00 |
|  | Grand Total: | 19,031.91 | 19,031.91 | 1,111.48 | 0.00 |

Total Paid Claimant:        $1,111.48  
Trustee Allowance:          $76.02  
Percent Paid Unsecured:     0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

\_\_/s/ Lydia S. Meyer_____  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 01/29/2008            By  /s/Heather M. Fagan